Filed
9/29/2015 10:58:30 AM
Esther Degollado
District Clerk
Webb District
Esther Jo Garza
2015CVQ001077D3

CAUSE NO: <u>2015-CVQ-00-1077-D3</u>

| | | |
|---|---|---|
| **LAREDO MERCHANTS** | § | IN THE DISTRICT COURT |
| **ASSOCIATION** | § | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS |
| **Plaintiff** | § | |
| | § | 341st JUDICIAL DISTRICT 09/29/2015 2:59:19 PM |
| **v.** | § | KEITH E. HOTTLE<br>Clerk |
| | § | |
| | § | |
| **CITY OF LAREDO, TEXAS** | § | |
| **Defendant** | § | **WEBB COUNTY, TEXAS** |

## PLAINTIFF'S, LAREDO MERCHANTS ASSOCIATION, NOTICE OF APPEAL

1.     Plaintiff, Laredo Merchants Association, desires to appeal from the Final Judgment and Amended Order Granting Defendant City of Laredo's Motion for Summary Judgment and Denying Plaintiff Laredo Merchants Association's Motion for Summary Judgment signed by the Court on July 15, 2015.

2.     Plaintiff appeals to the Fourth Court of Appeals.

Respectfully submitted,

**LOPEZ PETERSON, PLLC**

**CHRISTOPHER C. PETERSON**
State Bar of TX No.: 00798430
**GABRIEL C. GONZALEZ**
State Bar of TX No.: 24074291
Colonnade Square I
101 West Hillside, Suite 1
Laredo, Texas 78041
(956) 718-2134 – Telephone
(956) 718-2045 – Facsimile
*Attorneys for Plaintiff*
*Laredo Merchants Association*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document has been forwarded via certified mail, return receipt requested, via facsimile, and/or hand delivered on this _29th_ day of September 2015 to the following:

*Via Facsimile No. 956.791.7494*
Hon. Raul Casso/
Hon. Kristina Hale
City of Laredo
1110 Houston Street
Laredo, Texas 78040


**CHRISTOPHER C. PETERSON/**
**GABRIEL C. GONZALEZ**